# In the United States Court of Federal Claims

No. 09-270C

(Filed: January 20, 2010)

_____

SPECIAL OPERATIONS GROUP, INC.,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

       A telephonic status conference will be held in this case on Thursday, February 11, 2010, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

       **IT IS SO ORDERED**.

       s/ Francis M. Allegra  
       Francis M. Allegra  
       Judge