# In the United States Court of Federal Claims

No. 09-270C

(Filed:  January 29, 2010)

_____

SPECIAL OPERATIONS GROUP, INC.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

A telephonic status conference that was originally scheduled for February 11, 2010, has been rescheduled for Tuesday, February 16, 2010, at 10:00 a.m. (EST).   Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge