# In the United States Court of Federal Claims

No. 09-270C

(Filed: February 16, 2010)

_____

SPECIAL OPERATIONS GROUP, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ADR ORDER**

_____

Today, a telephonic status conference was held in this case. Participating in the conference were Michael Payne, for plaintiff, and Dawn Goodman, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before March 5, 2010, the parties shall complete informal exchange of relevant documents;

2. On or before March 26, 2010, each party shall submit to the court and to counsel a five-page letter outlining their position;

3. On or before April 5, 2010, each party shall submit to the court a two-page response; and

4. On April 19, 2010, at 10:00 a.m. (EDT), the parties shall meet at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The room location will be posted in the lobby on the day of the meeting.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge