# In the United States Court of Federal Claims

No. 09-270C

(Filed: March 22, 2010)

_____

SPECIAL OPERATIONS GROUP, INC.,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ADR ORDER**

_____

On March 29, 2010, the parties requested a four week extension of the ADR scheduling deadlines to allow for additional settlement discussions. The parties' request is hereby granted, and the court adopts the following schedule:

1. On or before April 23, 2010, each party shall submit to the court and to counsel a five-page letter outlining their position;

2. On or before May 3, 2010, each party shall submit to the court a two-page response; and

3. On May 17, 2010, at 10:00 a.m. (EDT), the parties shall meet at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The room location will be posted in the lobby on the day of the meeting.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge